Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

| | |
|---|---|
| TITAN TIRE CORPORATION<br><br>                                 **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>                                 **Defendant.** | **S U M M O N S** |

**TO:**     The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                  **/s/ Mario Toscano**
                                  Clerk of the Court

1. Titan Tire Corporation, a U.S. producer under 19 U.S.C. § 1677(9)(C), has standing under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results issued by the U.S. Department of Commerce, published as Certain New Pneumatic Off-the-Road Tires From India: Final Results of Countervailing Duty Administrative Review; 2021, 88 Fed. Reg. 68,101 (Dep't Commerce Oct. 3, 2023), POR: 01/01/2021-12/31/2021.
   (Brief description of contested determination)

3. Sept. 27, 2023 (See 88 Fed. Reg. at 68,102.)
   (Date of determination)

4. Oct. 3, 2023 (See 88 Fed. Reg. at 68,101.)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jennifer M. Smith-Veluz
Signature of Plaintiff's Attorney

November 2, 2023
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jennifer M. Smith-Veluz
The Bristol Group PLLC
1707 L Street, NW, Washington, DC 20036
202-991-2705
jennifer.smith@bristolgrouplaw.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Department of Justice
Civil Division Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530

General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230