IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| TITAN TIRE CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) Court No. 23-00233 |
| and | ) |
| BALKRISHNA INDUSTRIES LIMITED and GOVERNMENT OF INDIA, | ) |
| Defendant-Intervenors. | ) |

**DEFENDANT'S STATUS REPORT
REGARDING INADVERTENT LIQUIDATION
OF ENTRIES COVERED BY A STATUTORY INJUNCTION ORDER**

Defendant, the United States, respectfully submits this status report to inform the Court of recent developments in this case concerning the statutory injunction order entered in this action.

On January 11, 2024 the Court issued a preliminary injunction order in this case. Order For Statutory Injunction Upon Consent, ECF No. 35 (injunction order). The injunction order enjoined the United States from:

>  issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of **Certain New Pneumatic Off-the-Road Tires from India**:

  (1) That were produced and/or exported by Balkrishna Industries Ltd.; Apollo Tyres Ltd. Asian Tire Factory Ltd.; Cavendish Industries Ltd.; CEAT Ltd.; Celite Tyre Corporation; Emerald Resilient Tyre Manufacturer; HRI Tires India; Innovative Tyres & Tubes Limited; JK Tyres and Industries Ltd.; K.R.M. Tyres; M/S. Caroline Furnishers Pvt Ltd.; MRF Limited; MRL Tyres Limited (Malhotra Rubbers Ltd.); OTR Laminated Tyres (I) Pvt. Ltd.; Rubberman Enterprises Pvt. Ltd.; Sheetla Polymers; Speedways Rubber Company; Sun Tyres & Wheel Systems; Sundaram Industries Private Limited; Superking Manufacturers (Tyre) Pvt., Ltd.; and TVS Srichakra Limited;

  (2) That were the subject of the United States Department of Commerce's final determination in *Certain New Pneumatic Off-the-Road Tires From India: Final Results of Countervailing Duty Administrative Review*; 2021, 88 Fed. Reg. 68,101 (Dep't of Commerce Oct. 3, 2023), corrected and amended by *Certain New Pneumatic Off-the- Road Tires From India: Notice of Correction to the Final Results, and Amended Final Results of Countervailing Duty Administrative Review*; *2021*, 88 Fed. Reg. 82,828 (Dep't of Commerce Nov. 27, 2023).;

  (3) That were entered, or withdrawn from warehouse for consumption, during the period January 1, 2021, through December 31, 2021;

*Id.*

  The injunction order further stated that "any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by the U.S. Customs and Border

Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction." *Id*.

In a letter that defendant-intervenor Balkrishna Industries Limited (BKT) filed on August 5, 2024, BKT stated that it believed instructions related to the statutory injunction were never sent to CBP and that at least some of BKT's entries within the period of review had been liquidated in violation of the injunction order. *See* Defendant-Intervenor's Letter to the Court Providing an Update Relating to Entries of Subject Merchandise During the Relevant Period of Review, ECF No. 45 (letter). The next day, the Court ordered the United States to respond to BKT's letter within 14 days and to include "a table identifying each subject entry by BKT and the date of liquidation thereof." Order, ECF No. 46.

On internal review, Commerce found that while instructions were prepared in accordance with the injunction order, the instructions were not transmitted to CBP due to a clerical oversight. Therefore, Commerce promptly took corrective action. Specifically, on August 7, 2024, Commerce alerted CBP to the Court's issuance of the injunction order and instructed CBP to promptly return to unliquidated status any entries that had been inadvertently liquidated in violation of the Court's order. Appx.

We sincerely apologize for the inadvertent error that led to CBP's liquidation of the entries covered by the injunction order. In addition, in accordance with this Court's August 6, 2024 order, the United States intends to file by the specified deadline a response to BKT's letter to the Court along with a "table identifying each subject entry by BKT and the date of liquidation thereof."

|  |  |
|---|---|
| | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> PATRICIA M. MCCARTHY <br> Director <br><br> */s/ Franklin E. White, Jr.* <br> FRANKLIN E. WHITE, JR. <br> Assistant Director |
| OF COUNSEL: <br> DANIELLE COSSEY <br> Staff Attorney <br> Office of the Chief Counsel <br>  for Trade Enforcement & Compliance <br> U.S. Department of Commerce <br> Washington, D.C. 20230 | */s/ Brittney M. Welch* <br> BRITTNEY M. WELCH <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division <br> Commercial Litigation Branch <br> P.O. Box 480 <br> Ben Franklin Station <br> Washington D.C. 20044 <br> Telephone: (202) 616-3753 <br> Fax: (202) 307-0972 <br> E-mail: Brittney.Welch@usdoj.gov |
| Dated August 16, 2024 | *Attorneys for Defendant* |

# APPENDIX

1

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | | **MESSAGE DATE** | |
| **STATUS** | | **INACTIVATED DATE** | |
| **TYPE** | | **FR CITE** | |
| **SUB-TYPE** | | **FR DATE** | |
| **CATEGORY ACCESS** | | **EFFECTIVE DATE** | |
| **TYPE** | Public    Non-Public | **POI/POR DATE** | - |
| **Notice of lifting of Suspension Date** | | **PERIOD COVERED** | - |
| **SHORT CASE NAME** | | | |
| **COURT CASE #s** | | | |
| **REF MESSAGE #s** | | | |
| **PRINCIPAL CASE #s** | | | |
| **3rd Country CASE #s** | | | |

1

**RE:**

2

1. On 1/11/2024, the U.S. Court of International Trade issued a statutory injunction (SI) enjoining liquidation of entries identified in paragraph 2 which are subject to the countervailing duty order on certain new pneumatic off-the-road tires from India (C-533-870) for the period January 1, 2021, through December 31, 2021.  This SI was issued in connection with court number 23-00233.
2. This SI enjoins liquidation of entries which during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of Certain New Pneumatic Off-the-Road Tires from India

(1) That were produced and/or exported by Balkrishna Industries Ltd.; Apollo Tyres Ltd.; Asian Tire Factory Ltd.; Cavendish Industries Ltd.; CEAT Ltd,; Celite Tyre Corporation; Emerald Resilient Tyre Manufacturer; HRI Tires India; Innovative Tyres & Tubes Limited; JK Tyres and Industries Ltd.; K.R.M. Tyres; M/S. Caroline Furnishers Pvt Ltd.; MRF Limited; MRL Tyres Limited (Malhotra Rubbers Ltd.); OTR Laminated Tyres (I) Pvt. Ltd.; Rubberman Enterprises Pvt. Ltd; Sheetla Polymers; Speedways Rubber Company; Sun Tyres & Wheel Systems; Sundaram Industries Private Limited; Superking Manufacturers (Tyre) Pvt., Ltd.; and TVS Srichakra Limited;

(2) That were the subject of the United States Department of Commerce's final determination in Certain New Pneumatic Off-the-Road Tires from India:  Final Results of Countervailing Duty Administrative Review; 2021, 88 FR 68101 (Dep't of Commerce Oct. 3, 2023), corrected and amended by Certain New Pneumatic Off-the-Road Tires from India:  Notice of Correction to the Final Results, and Amended Final Results of Countervailing Duty Administrative Review; 2021, 88 FR 82828 (Dep't of Commerce Nov. 27, 2023);

(3) That were entered, or withdrawn from warehouse for consumption, during the period
January 1, 2021, through December 31, 2021.

3. Effective 1/11/2024, no liquidation may be made for entries referred to in paragraph 2 which remain unliquidated as of 1/11/2024.  Any such entries that are set for liquidation must be unset immediately. Furthermore, in accordance with the Court's injunction order of January 11, 2024, any entries inadvertently liquidated after the order was signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with the order. Therefore , any entries that were liquidated under message number 4004402 should be promptly returned to unliquidated status and suspended in accordance with this injunction.  Continue to suspend liquidation of these entries until liquidation instructions are issued.
4. Effective immediately, CBP is instructed to follow the terms of the SI.
5. The SI applies to the liquidation instructions in message number 4004402, dated 1/04/2024.
6. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only. (This message was generated by VII:  DSA.)
7. There are no restrictions on the release of this information.
Alexander Amdur